**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GWENDOLYN HOUSTON,

    Plaintiff,

v.                                      Case No. 10-CV-10330

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC,

    Defendant.
                                       /

**ORDER SETTING SETTLEMENT CONFERENCE AND EXTENDING DEADLINE FOR FILING MOTIONS IN LIMINE**

      On January 7, 2011, the court conducted a telephone conference in the above-captioned matter.  During the conference, counsel informed the court that Defendant had served Plaintiff with an offer of judgment pursuant to Federal Rule of Civil Procedure 68, but that no settlement had yet been reached.  The court is of the impression that, if entered into in good faith, further settlement negotiations could result in an amicable resolution to this matter without incurring the additional costs and fees of a jury trial.  Accordingly,

      IT IS ORDERED that counsel shall appear for a settlement conference on **January 12, 2011, at 9:00 a.m.**  Plaintiff shall personally appear at the conference and a party representative with full settlement authority for Defendant shall be available, as needed, by telephone.  In the event Defendant files a notice of withdrawal of the offer of judgment by **January 11, 2011, at 4:00 p.m.**, the court will cancel the settlement conference.

IT IS FURTHER ORDERED that the deadline for filing motions in limine and submitting other pre-trial documents as referenced in Paragraph 7 of the court's December 21, 2010, "Scheduling Order" is EXTENDED until **January 13, 2011.** Although the court recognizes that trial is fast-approaching, counsel are INSTRUCTED to, where possible, minimize unnecessary fees and costs.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: January 7, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 7, 2011, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\10-10330.HOUSTON.SettlementConference.wpd