**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GWENDOLYN HOUSTON,

    Plaintiff,

v.                              Case No. 10-CV-10330

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC,

    Defendant.
                                                 /

**ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE HEARSAY TESTIMONY AND DENYING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO PLAINTIFF AS A REGISTERED NURSE**

Before the court are two motions in limine filed on January 5, 2011, by Defendant American Sales and Management Organization, LLC. On January 7, 2011, the court conducted a telephone conference, on the record, and heard Plaintiff's response to the motions. For the reasons stated fully on the record,

IT IS ORDERED that Defendant's motion in limine to exclude hearsay testimony [Dkt. # 37] is GRANTED and Defendant's motion in limine to exclude reference to Plaintiff as a registered nurse [Dkt. # 38] is DENIED.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: January 7, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 7, 2011, by electronic and/or ordinary mail.

                                                  S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522